## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**S&H SYSTEMS, INC.**                                               **PLAINTIFF**

**v.**                               **No. 3:24-cv-151-DPM**

**BESPOKE MANUFACTURING**
**COMPANY LLC**                                               **DEFENDANT**

### ORDER

Motion for default judgment, *Doc. 12*, noted.  The record presented does not establish good service on Bespoke.  The proof of service, *Doc. 5*, does not specify whether the process server was eighteen years or older.  Fed. R. Civ. P. 4(c)(2).  It does not state whether a copy of the complaint was served with the summons.  Fed. R. Civ. P. 4(c)(1).  It's also a bit unclear whether Finkbiner works for Bespoke or Bespoke's registered agent, First Corporate Solutions, Inc., and whether she's authorized to receive process, though her job title implies she is. The Court would appreciate clarification.  The process server's affidavit is simply too thin.  Amended proof of service due by 6 December 2024. Fed. R. Civ. P. 4(*l*)(1) & (3).  In the circumstances, the Court will extend the time for service on Bespoke if necessary.  Fed. R. Civ. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 November 2024