IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**S&H SYSTEMS, INC.**                                        PLAINTIFF

v.                       No. 3:24-cv-151-DPM

**BESPOKE MANUFACTURING
COMPANY LLC**                                                DEFENDANT

## JUDGMENT

The Court enters Judgment for S&H Systems, Inc. and against Bespoke Manufacturing Company, LLC for $805,338.20. This total includes the $796,851.95 outstanding amount due to S&H under the January 2022 purchase order (as supplemented by the May 2022 purchase orders), attorney's fees of $7,376.00, and costs/out-of-pocket expenses of $1,110.25. Post-judgment interest will accrue at a rate of 4.19% from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b). S&H's claims for an account stated, promissory estoppel, and unjust enrichment are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 January 2025