# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**S&H SYSTEMS, INC.**                                                                 **PLAINTIFF**

v.                             No. 3:24-cv-151-DPM

**BESPOKE MANUFACTURING**
**COMPANY LLC**                                                                       **DEFENDANT**

## ORDER

Unopposed motion, *Doc. 23*, granted for good cause, as modified. This case is stayed until 3 July 2025. Joint status report on the settlement talks due by 10 July 2025. Bespoke's motions, *Doc. 17 & 19*, will hang fire. If no settlement is reached, S&H may respond to those motions by 17 July 2025.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 June 2025