# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**S&H SYSTEMS, INC.**                                                 **PLAINTIFF**

v.                                   No. 3:24-cv-151-DPM

**BESPOKE MANUFACTURING
COMPANY LLC**                                                        **DEFENDANT**

### ORDER

Unopposed motion, *Doc. 25*, granted for good cause, as modified. This case is stayed until 8 August 2025. Final extension absent truly extraordinary circumstances. If no settlement is inked by August 8th, S&H must respond to Bespoke's motions, *Doc. 17 & 19*, by August 15th.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____9 July 2025____